FILED

07 NOV 28 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_PPC\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 3219 W

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with Intent to Distribute |
| RUBEN SANDOVAL-COTA, | |
| Defendant. | |

The grand jury charges:

On or about October 30, 2007, within the Southern District of California, defendant RUBEN SANDOVAL-COTA did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 421.8 kilograms (929.9 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:em:Imperial
11/28/07