# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-CR-03219 |
| Plaintiff, | MOTION TO STRIKE |
| vs. | |
| RUBEN SANDOVAL-COTA, | |
| Defendant. | |

**PLEASE** strike document number ten in the above entitled case. The document is a discovery motion which was inadvertently filed in error.

Dated: 12/31/07_____
\_\_\_s/Baker_____
David Baker